Case 4:23-cv-00059   Document 15   Filed on 12/10/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMICA DALE,<br>*Plaintiff*,<br><br>v.<br><br>COLLECTIONS UNLIMITED OF TEXAS,<br>*Defendant*. | CIVIL ACTION NO. 4:23-CV-0059 |

## AMENDED DEFAULT JUDGMENT

Upon consideration of Plaintiff Tamica Dale's Motion for Default Judgment against Defendant Collections Unlimited of Texas, the accompanying Supporting Brief thereof, the evidence, the pleadings on file, and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Fair Debt Collection Practices Act. 15 U.S.C. 1692 *et seq*. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendant Collections Unlimited of Texas failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; and that the allegations in Plaintiff's Complaint are deemed admitted against Defendant.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. That judgment by default is hereby entered in favor of Plaintiff, Tamica Dale, against Defendant, Collections Unlimited of Texas; and

2. That Plaintiff hereby recovers damages from Defendant in the amount of $4,000.00; and

3. That Plaintiff hereby recovers reasonable attorney's fees in the amount of $9,640.00 from Defendant; and

4. The Court hereby awards to Plaintiff post-judgment interest on the amounts awarded herein at an annual rate of 5.44% from the date of this judgment until paid.

5. All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any writ of execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

6. This is a final judgment.

SIGNED this 10 day of December, 2024.

Andrew S. Hanen
United States District Judge

2